IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| MARK BAILEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Civil Action No. 15-07 |
| v. | ) | |
| | ) | Magistrate Judge Robert C. Mitchell |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 12th day of May, 2015, for the reasons set forth in accompanying memorandum opinion IT IS HEREBY ORDERED that the Motion to Dismiss [ECF No. 6] filed by defendant State Farm Mutual Automobile Insurance Company is granted and the complaint filed by plaintiff Mark Bailey is dismissed with prejudice;

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court and the Clerk is to mark this CASE CLOSED.

By the Court,

/s/ Joy Flowers Conti
The Honorable Joy Flowers Conti
United States Chief District Judge

cc: The Honorable Robert C. Mitchell
United States District Court
Western District of Pennsylvania

*Counsel for Plaintiffs*
Thomas D. Beret, Esquire

*Counsel for Defendant*
Daniel L. Rivetti, Esquire

1